[No. 11226–1–I.   Division One.   December 21, 1983.]

MALCOLM J. STAMM, *Respondent*, v. JESSE F. CASKEY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 81–2–00703–8, Byron L. Swedberg, J., entered December 30, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Ringold and Scholfield, JJ.

[No. 11473–5–I.   Division One.   December 21, 1983.]

*In the Matter of the Marriage of* ROSINA ELLISON, *Respondent, and* ERNEST ELLISON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 611601, David W. Soukup, J., entered March 3, 1982. *Remanded* by unpublished opinion per Andersen, C.J., concurred in by Ringold and Scholfield, JJ.

[No. 12821–3–I.   Division One.   December 21, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST LEROY WOODIEST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04737–6, David C. Hunter, J., entered January 17, 1983. *Dismissed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Corbett, JJ.